**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **SLAVKO PENA,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-1051-G** |
| | ) | |
| **ROBERT CERNA et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

# <u>ORDER</u>

On May 8, 2026, Petitioner Slavko Pena filed a Petition for Writ of Habeas Corpus (Doc. No. 1), challenging his detention by U.S. Immigration and Customs Enforcement pursuant to 28 U.S.C. § 2241. In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Shon T. Erwin for preliminary review.

On August 11, 2026, Judge Erwin issued a Report and Recommendation ("R. & R.," Doc. No. 9), in which he recommended this action be dismissed as moot. *See id.* at 2-5; *see also Bermudez v. Figueroa*, No. CIV-26-179-JD, 2026 WL 925524, at *2 (W.D. Okla. Apr. 6, 2026). In the R. & R., Judge Erwin advised the parties of their right to object to the R. & R. by August 18, 2026. Judge Erwin also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the R. & R.

As of this date, no party has submitted an objection to the R. & R. or requested additional time to do so.

CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 9) is ADOPTED in its entirety. The Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED without prejudice as moot. A separate judgment shall be entered.

IT IS SO ORDERED this 14th day of October, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge